

NUMBER 13-15-00194-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ONEMAIN FINANCIAL INC.
AND RAUL RINCON,                                                      Appellants,

v.

AIDA FLORES,                                                              Appellee.

On appeal from the County Court at Law Number 2
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria
Memorandum Opinion Per Curiam**

Appellants OneMain Financial Inc. and Raul Rincon perfected an appeal of an order rendered by the County Court at Law Number 2 of Hidalgo County, Texas, denying appellants' Motion to Compel Arbitration. Appellants and appellee, Aida Flores, have filed a Joint Motion to Enter Agreed Judgment stating that all parties jointly agree that

appellants' Motion to Compel Arbitration should have been granted. The joint motion asks us to render judgment granting the Motion to Compel Arbitration and dismissing the underlying lawsuit. *See* TEX. R. APP. P. 42.1(a)(2)(A) (stating that we may dispose of an appeal by rendering judgment that effectuates an agreement signed by the parties or their attorneys and filed with the clerk).

Having reviewed the joint motion, we find that it is meritorious. Accordingly, we hereby REVERSE the trial court's judgment denying the Motion to Compel Arbitration, and we RENDER judgment granting the Motion to Compel Arbitration and dismissing the underlying lawsuit. *See id.*

PER CURIAM

Delivered and filed the
17th day of September, 2015.